IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3008 |
| vs. | |
| CARLOS M. MOLINA JR., | ORDER |
| Defendant. | |

On February 25, 2019, the court was notified that Defendant intended to enter a plea of guilty. The plea hearing was set for March 26, 2019, and on Defendant's motion, was continued to several times, stating additional time is needed for investigation and plea negotiations. Defendant now moves for an additional continuance of Defendant's plea hearing. (Filing No. 68). Based on the record before the court,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 68), is granted in part.

2) Defendant's change of plea hearing will be held before the undersigned magistrate judge in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska on June 19, 2019 at 1:30 p.m.. If the plea hearing cannot be held on June 19, 2019 because the parties are still engaged in negotiations, the time set aside for the plea hearing will be used, instead, to set this case for trial. The defendant, defense counsel, and counsel for the government shall appear at the hearing.

3) For the reasons stated by counsel in Defendant's motion, the Court finds that the ends of justice served by continuing Defendant's plea hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18

U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 10, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge